# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANTHONY ANDREA WHITWORTH,

        Petitioner,                     JUDGMENT IN A CIVIL CASE

vs.                                      1:09CV407-3-MU

ALVIN W. KELLER, Jr,

        Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 17, 2009 Order.

                                                        FRANK G. JOHNS, CLERK

November 17, 2009

                                                    *s/Elizabeth J. Barton*
                                BY: _____
                                                    Elizabeth J. Barton, Deputy Clerk